# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: HASSAN F. KAHKESH    § Case No. 09-02119
§
§
§
Debtors    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $13,002.78 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance of* | $13,002.78 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee ALLAN J. DeMARS | $2,050.28 | $60.12 |
| Attorney for trustee ALLAN J. DeMARS | $2,210.00 | |
| Appraiser | | |
| Auctioneer | | |
| Accountant | | |
| Special Attorney for trustee | | |
| Charges, U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

UST Form 101-7-NFR (4/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| *Other* | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| NONE | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (4/1/2009)

Timely claims of general (unsecured) creditors totaling $91,579.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.5% percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA NA | $27,313.01 | $2,589.46 |
| 2 | Chase Bank USA | $8,207.16 | $778.10 |
| 3 | Chase Bank USA NA | $8,261.87 | $783.28 |
| 4 | Citibank South Dakota NA | $2,298.33 | $217.90 |
| 5 | Citibank South Dakota NA | $4,645.97 | $440.97 |
| 6 | Discover Bank | $5,567.14 | $527.80 |
| 7 | Chase Bank USA NA | $7,589.77 | $719.56 |
| 8 | Chase Bank USA NA | $7,184.33 | $681.13 |
| 9 | U.S. Bank N.A. | $5,567.25 | $527.82 |
| 11 | American Express Bank FSB | $1,724.13 | $163.46 |
| 12 | PYOD LLC assignee of Citibank | $8,889.37 | $842.77 |
| 13 | PYOD LLC assignee of Citibank | $2,393.99 | $226.97 |
| 16 | GE Money Bank | $1,937.23 | $183.66 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (4/1/2009)

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn Street - 7th Floor
Chicago, IL 606004

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 09/10/2009 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/10/2009        By: /s/ ALLAN J. DeMARS
                              Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Address:*
100 W. Monroe St. - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (4/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: corrinal                Page 1 of 2           Date Rcvd: Aug 12, 2009
Case: 09-02119                Form ID: pdf006               Total Noticed: 63

The following entities were noticed by first class mail on Aug 14, 2009.
db           +Hassan F. Kahkesh,    9409 N. Keeler Ave.,    Skokie, IL 60076-1442
aty          +George J Koulogeorge,    Law Offices of Charles Therman,    & Associates, Ltd.,
               8501 W. Higgins Road, Suite 420,    Chicago, IL 60631-2811
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
13451006      Advanta Bank Corp,    PO Box 8088,    Philadelphia, PA 19101-8088
13451007      American Express - Business Card,    PO Box 0001,    Los Angeles, CA 90096-0001
13839530      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13451008     +Amrcn Hm Mtg,    Po B   631730,    Irving, TX 75063-0002
13451009     +Bally Total Fitness,    12440 E Imperial Hwy #30,    Norwalk, CA 90650-3177
13451010     +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
13451011     +Bp/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13724357     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13451012     +Cap One,    Pob 30281,    Salt Lake City, UT 84130-0281
13451013      Cap One Na,    P.O.Box 26030,    Richmond, VA 23260-6030
13451014      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
13451015     +CapitalOne,    PO Box 5294,    Carol Stream, IL 60197-5294
13451018     +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
13451016     +Chase,    Attn: Home Equity Loan,    PO Box 24714,    Columbus, OH 43224-0714
13451019     +Chase,    PO Box 260180,    Baton Rouge, LA 70826-0180
13451017     +Chase,    Credit Bureau Depa Po Box 901008,    Fort Worth, TX 76101-2008
13451020      Chase - Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
13712373      Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
13451022     +Citi,    Po Box 6003,    Hagerstown, MD 21747-6003
13451023     +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
13451021      Citi,    PO Box 6000,    The Lakes, NV 89163-6000
13451025     +CitiBank,    PO Box 769013,    San Antonio, TX 78245-9013
13451024      Citibank,    PO Box 209012,    Brooklyn, NY 11220-9012
13753419     +Citibank South Dakota NA,    1000 Technology Dr,    MS 504,    OFallon, MO 63368-2239
13451026     +Citibankna,    Citibank / One Sto 1000 Technology Dr,    O Fallon, MO 63368-2239
13451027     +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13451028     +Countrywide,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
13451029      Discovr Cd,    Po Box15316,    Wilmington, DE 19850-5316
13451030     +Equicredit,    10401 Deerwood Par Fl9-014-03-18,    Jacksonville, FL 32256-0505
13451031     +Fcnb/Mstrt,    Po Box 923148,    Norcross, GA 30010-3148
13451032     +Fst Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13451037    ++HSBC BANK,    PO BOX 52530,    SCHAUMBURG IL 60196-0001
             (address filed with court: Hsbc Bank,     Po Box 52530,    Carol Stream, IL 60196)
13451038     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13451039     +Hsbc/Ms,    Po Box 2393,    Brandon, FL 33509-2393
13451040     +Litonmtgsv,    24 Greenway Plaza #712,    Houston, TX 77046-2401
13451041     +Litton Loan,    4828 Loop Central,    Houston, TX 77081-2166
13988815     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13451042      Progressive Credit Union,    John O Noland Jr., Attorney at Law,    Chicago, IL 60603
13451043     +Richard A. Shapiro,    1327 Chicago Ave.,    Evanston, IL 60201-4724
13451044     +Sallie Mae,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
13451045     +Sears/Cbsd,    PO Box 6282,    Sioux Falls, SD 57117-6282
13451046     +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
13451047     +Shell/Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
13451048     +Spiegel,    Card Processing Ce P.O. Box 9204,    Old Bethpage, NY 11804-9004
13451049     +Sps,    10401 Deerwood Par,    Jacksonville, FL 32256-0505
13451050     +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13780137     +U.S. Bank N.A./Retail Payment Solutions aka Elan,    P.O. Box 5229,    Cincinnati, OH 45201-5229
13451051    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,     PO Box 790408,    Saint Louis, MO 63179-0408)
13451052    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wachdlrserv,     P.O. Box 1697 Mc Nc7640,    Winterville, NC 28590)
13451054     +WaMu,    Correspondence,    PO Box 10467,    Greenville, SC 29603-0467
13451053      WaMu,    PO Box 660433,    Dallas, TX 75266-0433
13451055     +Washmtl/Prov,    Po Box 9180,    Pleasanton, CA 94566-9180
13451056     +Wshngtn Mutl,    7757 Bayberry Rd,    Jacksonville, FL 32256-6816

The following entities were noticed by electronic transmission on Aug 13, 2009.
13451005     +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2009 04:35:06     Abt Tv/Gemb,    Po Box 981439,
               El Paso, TX 79998-1439
13451006      E-mail/Text: DL-EBN@advanta.com                            Advanta Bank Corp,    PO Box 8088,
               Philadelphia, PA 19101-8088
13753831      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 13 2009 05:06:35     DISCOVER BANK,
               DFS SERVICES LLC,    PO BOX 3025,    NEW ALBANY, OHIO 43054-3025
13451033     +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2009 04:33:40     Gemb/Lowes,    Po Box 103065,
               Roswell, GA 30076-9065
13451034     +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2009 04:33:41     Gemb/Sams,    Po Box 981400,
               El Paso, TX 79998-1400
13451035     +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2009 04:35:04     Gemb/Sams Club Dc,
               Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
13451036     +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2009 04:35:02     Gemb/Walmart,    Po Box 981400,
               El Paso, TX 79998-1400
13994325     +E-mail/PDF: rmscedi@recoverycorp.com Aug 13 2009 04:35:03
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB DISCOVER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 8
```

```
District/off: 0752-1          User: corrinal            Page 2 of 2                   Date Rcvd: Aug 12, 2009
Case: 09-02119                Form ID: pdf006           Total Noticed: 63

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
13757803*     Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
                                                                                          TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2009**                    **Signature:**      _Joseph Speetjens_