# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  HASSAN F. KAHKESH      §   Case No. 09-02119
§
§
§
Debtor(s)                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $129,513.12 | Assets Exempt: | $6,483.33 |
| Total Distributions to Claimants: | $8,682.38 | Claims Discharged Without Payment: | $675,725.93 |
| Total Expenses of Administration: | $4,320.40 | | |

3) Total gross receipts of $13,002.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $13,002.78 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $106,309.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,320.40 | $4,320.40 | $4,320.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $679,476.71 | $91,579.55 | $91,579.55 | $8,682.38 |
| **TOTAL DISBURSEMENTS** | $785,785.71 | $95,899.95 | $95,899.95 | $13,002.78 |

4) This case was originally filed under chapter  7  on  01/23/2009  [ *if applicable,* and it was converted to chapter 7 on _____ ]. The case was pending for  9  months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/28/2009    By: /s/ ALLAN J. DeMARS
    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| taxi medallion | 1129-000 | $13,000.00 |
| interest on invested funds | 1270-000 | $2.78 |
| **TOTAL GROSS RECEIPTS** | | **$13,002.78** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Progressive Credit Union | 4210-000 | $106,309.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $2,050.28 | $2,050.28 | $2,050.28 |
| Allan J. DeMars | 2200-000 | N/A | $60.12 | $60.12 | $60.12 |
| Allan J. DeMars | 3110-000 | N/A | $2,210.00 | $2,210.00 | $2,210.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $4,320.40 | $4,320.40 | $4,320.40 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank USA | 7100-900 | $25,099.37 | $27,313.01 | $27,313.01 | $2,589.46 |
| Chase Bank USA | 7100-900 | $7,923.00 | $8,207.16 | $8,207.16 | $778.10 |
| Chase Bank USA | 7100-900 | $7,705.00 | $8,261.87 | $8,261.87 | $783.28 |
| Citibank South Dakota | 7100-000 | $2,298.00 | $2,298.33 | $2,298.33 | $217.90 |
| Citibank South Dakota | 7100-000 | $4,773.14 | $4,645.97 | $0.00 | $440.47 |
| Discover Bank | 7100-900 | $5,235.00 | $5,567.14 | $5,567.14 | $527.80 |
| Chase Bank USA | 7100-900 | $7,457.19 | $7,589.77 | $7,589.77 | $719.56 |
| Chase Bank USA | 7100-900 | $7,043.00 | $7,184.33 | $7,184.33 | $681.13 |
| US Bank NA | 7100-000 | $4,830.61 | $5,567.25 | $5,567.25 | $527.82 |
| American Express Bank | 7100-900 | $1,845.64 | $1,724.13 | $1,724.13 | $163.46 |
| PYOD LLC assignee of Citibank | 7100-900 | $8,373.00 | $8,889.37 | $8,889.37 | $842.77 |
| PYOD LLC assignee of Citibank | 7100-900 | $2,128.00 | $2,393.99 | $2,393.99 | $226.97 |
| GE Money Bank | 7100-000 | $1,937.00 | $1,937.23 | $1,937.23 | $183.66 |
| 13 additional claims scheduled with no claims filed | | $592,828.76 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $679,476.71 | $91,579.55 | $91,579.55 | $8,682.38 |

UST Form 101-7-TDR (4/1/2009)

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No. 09-2110                                   Trustee Name: Allan J. DeMars

Case Name: HASSAN F. KAHKESH                       Date Filed (f) or Converted (c): 1/23/09 (F)

For Period Ending: 12/31/09                        §341(a) Meeting Date: 3/4/09

                                                   Claims Bar Date: 6/10/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | cash | 0.00 | 0.00 | DA | | FA |
| 2 | Charter One checking account | 250.00 | 0.00 | DA | | FA |
| 3 | Citibank checking account | 4.75 | 0.00 | DA | | FA |
| 4 | security deposit | 1,600.00 | 0.00 | DA | | FA |
| 5 | household goods | 333.33 | 0.00 | DA | | FA |
| 6 | clothing | 83.33 | 0.00 | DA | | FA |
| 7 | jewelry | 150.00 | 0.00 | DA | | FA |
| 8 | Babak & Sara Cab Co. | 0.00 | 0.00 | DA | | FA |
| 9 | real estate closing commission | 2,340.00 | 0.00 | DA | | FA |
| 10 | tax refund | 2,527.00 | 0.00 | DA | | FA |
| 11 | customer referral list | 0.00 | 0.00 | DA | | FA |
| 12 | 2001 BMW | 3,000.00 | 0.00 | DA | | FA |
| 13 | taxi medallion | 125,708.04 | 13,000.00 | | 13,000.00 | FA |
| 14 | interest on invested funds | | | | 2.78 | FA |

Item 10 debtor has a 1/2 interest and refund based primarily on earned income credit

TOTALS (Excluding unknown values)                    13,000.00                    13,002.78

Major activities affecting case closing: sale of right, title and interest in taxi cab medallion

Initial Projected Date of Final Report (TFR): September, 2009    Current Projected Date of Final Report (TFR): 7/20/09

**EXHIBIT "A" - FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

| Case No.: | 09-2110 | | | Trustee's Name: | Allan J. DeMars |
| Case Name: | HASSAN F. KAHKESH | | | Bank Name: | Bank of America |
| Taxpayer ID#: | 26-6846660 | | | Initial CD #: | CDI |
| For Period Ending: | 12/31/09 | | | Blanket bond (per case limit): | 5,000,000 |
| | | | | Separate bond (if applicable): | |
| | | | | Money Market #: | 375 555 3168 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/3/09 | Ref. 13 | from debtor | initial deposit towards purchase of right, title and interest in taxi medallion | 1129-000 | 8,000.00 | | 8,000.00 |
| 4/24/09 | Ref. 13 | from debtor | installment payment towards purchase of right, title and interest in taxi medallion | 1129-000 | 1,000.00 | | 9,000.00 |
| 4/30/09 | Ref 14 | Bank of America | interest on invested funds | 1270-000 | 0.62 | | 9,000.62 |
| 5/8/09 | Ref. 13 | from debtor | installment payment towards purchase of right, title and interest in taxi medallion | 1129-000 | 1,000.00 | | 10,000.62 |
| 5/31/09 | Ref 14 | Bank of America | interest on invested funds | 1270-000 | 0.83 | | 10,001.45 |
| 6/29/09 | Ref. 13 | from debtor | installment payment towards purchase of right, title and interest in taxi medallion | 1129-000 | 1,000.00 | | 11,001.45 |
| 6/30/09 | Ref 14 | Bank of America | interest on invested funds | 1270-000 | 0.83 | | 11,002.28 |
| 7/14/09 | Ref. 13 | from debtor | final installment payment towards purchase of right, title and interest in taxi medallion | 1129-000 | 2,000.00 | | 13,002.28 |
| 7/17/09 | Ref 14 | Bank of America | interest on invested funds | 1270-000 | 0.50 | | 13,002.78 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 9/10/09 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 2,050.28 | 10,952.50 |
| 9/10/09 | Check 1002 | Allan J. DeMars | reimbursement of costs | 2200-000 | | 60.12 | 10,892.38 |
| 9/10/09 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,210.00 | 8,682.38 |
| 9/10/09 | Check 1004 | Chase Bank USA, NA | 726(a)(2); 9.48069% | 7100-900 | | 2,589.46 | 6,092.92 |
| 9/10/09 | Check 1005 | Chase Bank USA | 726(a)(2); 9.48069% | 7100-900 | | 778.10 | 5,314.82 |
| 9/10/09 | Check 1006 | Chase Bank USA, NA | 726(a)(2); 9.48069% | 7100-900 | | 783.28 | 4,531.54 |
| 9/10/09 | Check 1007 | Citibank South Dakota NA | 726(a)(2); 9.48069% | 7100-000 | | 217.90 | 4,313.64 |
| 9/10/09 | Check 1008 | Citibank South Dakota NA | 726(a)(2); 9.48069% | 7100-000 | | 440.47 | 3,873.17 |
| 9/10/09 | Check 1009 | Discover Bank | 726(a)(2); 9.48069% | 7100-900 | | 527.80 | 3,345.37 |
| 9/10/09 | Check 1010 | Chase Bank USA, NA | 726(a)(2); 9.48069% | 7100-900 | | 719.56 | 2,625.81 |
| 9/10/09 | Check 1011 | Chase Bank USA, NA | 726(a)(2); 9.48069% | 7100-900 | | 681.13 | 1,944.68 |
| 9/10/09 | Check 1012 | U.S. Bank NA | 726(a)(2); 9.48069% | 7100-000 | | 527.82 | 1,416.86 |
| 9/10/09 | Check 1013 | American Express Bank FSB | 726(a)(2); 9.48069% | 7100-900 | | 163.46 | 1,253.40 |
| 9/10/09 | Check 1014 | PYOD LLC assignee of Citibank | 726(a)(2); 9.48069% | 7100-900 | | 842.77 | 410.63 |
| 9/10/09 | Check 1015 | PYOD LLC assignee of Citibank | 726(a)(2); 9.48069% | 7100-900 | | 226.97 | 183.66 |
| 9/10/09 | Check 1016 | GE Money Bank | 726(a)(2); 9.48069% | 7100-000 | | 183.66 | |
| | | | | COLUMN TOTALS | 13,002.78 | 13,002.78 | 0.00 |

```
              Less: Bank transfers/CD
                 Subtotal
              Less: Payments to debtor(s)
              Net                              13,002.78     13,002.78          0.00

                                                              NET
TOTAL - ALL ACCOUNTS                  NET   DEPOSITS     DISBURSEMENTS     BALANCES
Checking#
Money Market # 375 555 3168                  13,002.78     13,002.78          0.00
Savings #
CD #CDI
Net                                          13,002.78     13,002.78          0.00
                                         Excludes account  Excludes payments  Total Funds
                                            transfers        to debtor         on Hand
```